United States Bankruptcy Court
District of Nevada

In re:  
MICHAEL KENNETH PERRY  
    Debtor

Case No. 23-50913-hlb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 05, 2024      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MICHAEL KENNETH PERRY, PO BOX 5492, RENO, NV 89513-5492 |
| aty | + | WILLIAM D COPE, LAW OFFICES OF WILLIAM D COPE LLP, 545 MOGUL MOUNTAIN DR, RENO, NV 89523-9689 |
| 12145788 | + | ALEX FUGAZZI, Acct No CV- 19-00899, SNELL & WILMER, 3883 HOWARD HUGHES PKWY., STE 1100 Las Vegas, NV 89169-0965 |
| 12145790 | + | Apelies,LLC, Acct No XXXX-XXX- 1578, PO Box 1578, Middletown, OH 45042-7395 |
| 12168369 | + | CHRISTINE & KEVIN SCHEETZ, 2821 BAYSHORE DRIVE, NEWPORT BEACH, CA 92663-5612 |
| 12145792 | #+ | Christine & Kevin Scheetz, Acct No Loan to Michael Perry, 829 Barron Ave., Palo Alto, CA 94306-2611 |
| 12145796 | + | DYNAMIC FUNDING INTERNATIONAL, Acct No PNX BOTANICALS, INC. /M. PERRY, 188 INVERNESS DRIVE WEST, STE 150, Englewood, CO 80112-5207 |
| 12145797 | | Fenimore Craig, P.C., Acct No File # 050686.0001, 2394 E. Camelback Rd., ST 600, Phoenix, AZ 85016-3429 |
| 12145799 | | Greater Commercial Lending, Acct No Loan # 884970578, 5190 Neil Rd. STE 205, Reno, NJ 08950-2000 |
| 12145800 | | Hamid Shahnam, Acct No Case # 20-SSC-1797, PO Box 4147, Burbank, CA 91503 |
| 12145801 | + | James Wilock, Acct No Personal Loan to Michael Perry, 31 Oak Grove Dr., Novato, CA 94949-7220 |
| 12145802 | | KLCC 1 HOLDINGS LIMITED, Acct No CV- 19-00899, KOSTAKI PANTELIDI 1, KOLOKASIDES BUILDING, 3RD FLOOR, NICOSIA, CYPRUS |
| 12145803 | #+ | LEX DOMUS LAW, Acct No CV-19-00899, 1712 TESARA VISTA PL, Las Vegas, NV 89128-8261 |
| 12145804 | + | MARK JOHN PAREKH, Acct No MICHAEL PERRY CONTRACT, 120 SPUR CIRCLE, Wayzata, MN 55391-9577 |
| 12145807 | + | Performance Finance, Acct No 552180194870, 1515 W 22nd Street, Oak Brook, IL 60523-2007 |
| 12145810 | + | RANALLI & ZANIL, LLC, Acct No 100.384, 50 WEST LIBERTY ST., STE 1050, Reno, NV 89501-1984 |
| 12145812 | + | RAUSCH STURM, Acct No FILE # 42717188, 9510 W SAHARA AVE., STE 250, Las Vegas, NV 89117-8832 |
| 12145813 | + | Reno Radiological Associates, CHTD, Acct No 583469-QRNO1, PO Box 3215, Indianapolis, IN 46206-3215 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDGIESEKE.COM | Mar 06 2024 05:30:00 | W. DONALD GIESEKE, 18124 WEDGE PKWY., STE 518, RENO, NV 89511-8134 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Mar 06 2024 00:37:00 | U.S. TRUSTEE - RN - 7, 300 BOOTH STREET, STE 3009, RENO, NV 89509-1362 |
| 12145787 | + | Email/Text: amscbankruptcy@adt.com | Mar 06 2024 00:37:00 | ADT, Acct No 403313276, 3190 S. VAUGHN WAY, Aurora, CO 80014-3512 |
| 12145786 | + | Email/Text: amscbankruptcy@adt.com | Mar 06 2024 00:37:00 | ADT, Acct No 403313276 & 403170195, 3190 S. VAUGHN WAY, AURORA, CO 80014-3512 |
| 12145789 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2024 00:59:39 | Amex, Acct No 3499923064576473, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 12145791 | | EDI: WFFC | Mar 06 2024 05:30:00 | Bank of America, Acct No 5474 1521 0994 4251, PO BOX 660441, Dallas, TX 75266-0441 |
| 12145795 | + | EDI: CCS.COM | Mar 06 2024 05:30:00 | CREDIT COLLECTION SERVICES, Acct No REF# 05 0066 58307, PO BOX 607, NORWOOD, MA 02062-0607 |

Case 23-50913-hlb    Doc 17    Entered 03/07/24 21:42:49    Page 2 of 5

| District/off: 0978-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 12145793 | + | EDI: CITICORP | Mar 06 2024 05:30:00 | Citibank/The Home Depot, Acct No 60355320992562676, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 12145794 | + | EDI: CITICORP | Mar 06 2024 05:30:00 | Costco Citi Card, Acct No 4100390433692023, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 12145798 | | Email/Text: argbsref@geico.com | Mar 06 2024 00:37:00 | GEICO INDEMITY CO., Acct No 4536-43-29-43, REGIONAL OFFICE, ONE GEICO CENTER, MACON, GA 31296-0001 |
| 12145805 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2024 00:37:00 | Midland Credit Management, Inc., Acct No Acct. Ending in 2023, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 12145806 | + | Email/Text: _DLBankruptcyDept@nvenergy.com | Mar 06 2024 00:37:00 | NV ENERGY, Acct No XXXX-XXXX- 5899, 6226 W. SAHARA AVE., LAS VEGAS, NV 89146-3060 |
| 12145809 | + | Email/Text: ngisupport@radiusgs.com | Mar 06 2024 00:37:00 | RADIUS GLOBAL SOLUTIONS, Acct No XXXX-XXX- 2676, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 12145808 | + | Email/Text: ngisupport@radiusgs.com | Mar 06 2024 00:37:00 | RADIUS GLOBAL SOLUTIONS, Acct No XXXX-XXXX-2023 (Costco Citi), PO BOX 390905, Minneapolis, MN 55439-0905 |
| 12145811 | | Email/Text: lawfirmTX@rsieh.com | Mar 06 2024 00:37:00 | Rausch Strum, Acct No File # 4271788, 250 N. Sunnyslope Rd., Suite 300, Brookfield, WI 53005 |
| 12145814 | + | Email/Text: spcc@renown.org | Mar 06 2024 00:37:00 | RENOWN HEALTH, Acct No GUARANTOR # 2446219, 850 HARVARD WAY, Reno, NV 89502-2055 |
| 12145816 | | EDI: WFFC2 | Mar 06 2024 05:30:00 | WELLS FARGO, N.A., Acct No 9319887098, OVERDRAFT COLLECTION & RECOVERY, PO BOX 5058, Portland, OR 97208-5058 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12145815 | | VERMICITUDE HOLDINGS LIMITED, Acct No MICHAEL PERRY CONTRACT, 1, LAMPOUSAS ST. 1095, NICOSIA, CYRUS |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024          Signature:          /s/Gustava Winters

| District/off: 0978-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: 318 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. TRUSTEE - RN - 7 | USTPRegion17.RE.ECF@usdoj.gov |
| W. DONALD GIESEKE | wdg@renotrustee.com  dgieseke@ecf.axosfs.com |
| WILLIAM D COPE | on behalf of Debtor MICHAEL KENNETH PERRY william@copebklaw.com  r64042@notify.bestcase.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **MICHAEL KENNETH PERRY**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4973<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Nevada | | |
| Case number:    23–50913–hlb | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

MICHAEL KENNETH PERRY

<u>3/5/24</u>                                                                             **By the court:**    <u>HILARY L. BARNES</u>
                                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**